*Monday, September 8, 1997*

## MOTION DOCKET

**96–2346. State v. Getsey.**
Trumbull C.P. No. 95CR399. This cause is pending before the court as an appeal from the Court of Common Pleas of Trumbull County. Upon consideration of appellant's motion for stay of execution,
IT IS ORDERED by the court that a stay of execution be, and is hereby, granted, pending further order of this court.

**97–737. State v. Coleman.**
Clark C.P. No. 96CR0142. This cause is pending before the court as an appeal from the Court of Common Pleas of Clark County. Upon consideration of appellant's motion for stay of execution,
IT IS ORDERED by the court that a stay of execution be, and is hereby, granted, pending further order of this court.

**97–1111. State v. Stojetz.**
Madison C.P. No. 96CR10086. This cause is pending before the court as an appeal from the Court of Common Pleas of Madison County. Upon consideration of appellant's motion for stay of execution,
IT IS ORDERED by the court that a stay of execution be, and is hereby, granted, pending further order of this court.

**97–1359. Arnett v. Winemiller.**
Montgomery App. Nos. 16606 and 16612. This cause is pending before the court as an appeal from the Court of Appeals for Montgomery County. Upon consideration of appellees' motion for an order to the court of appeals to certify and transmit a supplemental record,
IT IS ORDERED by the court that the motion for an order of the court of appeals to certify and transmit a supplemental record be, and hereby is, granted.
IT IS FURTHER ORDERED by the court that the Court of Appeals for Montgomery County transmit the supplemental record of proceedings occurring since the previous transmittal of the record to this court within ten days of the date of this entry.

## MISCELLANEOUS DISMISSALS

**97–1326. Gray v. Mitchell.**
Trumbull App. No. 97–T–0021. This cause is pending before the court as an appeal from the Court of Appeals for Trumbull County. It appears from the records of this court that appellant has not filed a merit brief, due August 25, 1997, in compliance with the Rules of Practice of the Supreme Court and therefore has failed to prosecute this cause with the requisite diligence. Upon consideration thereof,
IT IS ORDERED by the court that this cause be, and hereby is, dismissed *sua sponte.*

*Tuesday, September 9, 1997*

## MOTION DOCKET

**96–1965. Disciplinary Counsel v. Holzer.**
This matter is pending before the court upon the filing of an application of the city of Englewood and Eric A. Smith to intervene. Upon consideration thereof,
IT IS ORDERED by the court that the application be, and is, hereby, denied.
MOYER, C.J., and LUNDBERG STRATTON, J., dissent and would allow twenty days to respond.